ALBERT SCIORRA, Respondent, v. PHŒNIX FINANCE CORPORATION, Appellant, and Another, Defendant.— Action in the nature of conversion to recover the possession of chattel mortgaged property, or the value thereof, which had been sold by the mortgagee after a tender had been made on behalf of the mortgagor under circumstances indicating deception and bad faith on the sale. Order of the Appellate Term, affirming the judgment of the Municipal Court, unanimously affirmed, with costs. No opinion. Appeal from order of the Appellate Term denying motion for a reargument of the appeal or for leave to appeal to the Appellate Division dismissed. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

MARTIN VON OEHSEN and Another, Respondents, v. EDWARD L. BARTLEY, Appellant, and Others, Defendants; PAUL H. KELLER, Referee, Respondent.— Action for the foreclosure of a purchase-money mortgage. Order of November 24, 1934, granting plaintiffs' motion for an order *nunc pro tunc* changing the jurat for the verification of a bill of costs, affirmed, with twenty-five dollars costs and disbursements. Order entered December 7, 1934, denying defendant's motion for an order vacating bill of costs taxed, affirmed, with twenty-five dollars costs and disbursements. Order dated January 10, 1935, granting referee's motion for an order directing defendant to complete his purchase, affirmed, with twenty-five dollars costs and disbursements. Order entered January 4, 1935, denying defendant's motion to set aside the sale or relieve him from the purchase and to retax bill of costs, affirmed, with twenty-five dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.

In the Matter of Acquiring Title by THE CITY OF NEW YORK, Appellant, to Certain Lands and Premises Located on Ireland Mill Road, Near Rodman Street, etc., in the Borough of Queens, County of Queens, City and State of New York, Duly Selected as a Site for Use of the Bureau of Highways, etc., According to Law. THE NATIONAL CITY BANK OF NEW YORK, as Trustee under the Last Will and Testament of ALICE C. McCOY, Deceased, Respondent.— The time of the respondent to file an acceptance of the award in accordance with the decision of this court handed down on March 25, 1935 [243 App. Div. 809], is extended for ten days, pending the determination of the motion for the substitution of parties respondent and for an extension of time to file an acceptance of the award. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.